1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEREMY S. KROGER, # # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JOSE IVAN ESTRADA-PONCE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:12-CR-00145 LJO-SKO-1
                                        )
12           *Plaintiff,*                )
                                        )   STIPULATION TO ADVANCE STATUS
13      v.                              )   CONFERENCE HEARING;
                                        )   ORDER
14 JOSE IVAN ESTRADA-PONCE,             )
                                        )   Date:  May 29, 2012
15           *Defendant.*                )   Time:  8:30 a.m.
                                        )   Judge: Hon. Lawrence J. O'Neill
16                                      )
   _____ )
17

18      **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel,

19 Special Assistant United States Attorney Andrew Gradman, counsel for plaintiff, and Assistant Federal

20 Defender Jeremy Kroger, counsel for defendant, that the hearing currently set for June 25, 2012, at 8:30

21 a.m., **may be advanced and rescheduled to May 29, 2012 at 8:30 a.m.**

22      A plea agreement has been reached in this illegal-reentry case, and the parties anticipate a change

23 of plea and sentencing at the next court date.  The parties request that the date be advanced because there

24 are no contested sentencing issues and because, based on the Presentence Report, the plea agreement

25 contemplates a sentence of time served.

26 ///

27 ///

28 ///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: May 22, 2012 | /s/ Andrew Gradman<br>ANDREW GRADMAN<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: May 22, 2012 | /s/ Jeremy Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Jose Ivan Estrada-Ponce |

## ORDER

IT IS SO ORDERED.

**Dated:   May 22, 2012**              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

ESTRADA-PONCE: Stipulation to Advance Status
Conference Hearing; [Proposed] Order                   −2−